UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TREVOR T. BOWEN,

        Defendant.
_____/

Case No. 2:24-cr-9

Hon. Jane M. Beckering
U.S. District Judge

## ORDER FOR DETENTION

Defendant Bowen appeared before the undersigned for an arraignment and detention hearing on May 2, 2024. Defendant currently serving a sentence in state court, has pending charges in Chippewa County, and has an outstanding warrant for his arrest. For these reasons and reasons stated on the record, Defense counsel reserved the issue of detention in this case and may request a hearing regarding detention in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated: May 2, 2024

        /s/ *Maarten Vermaat*
        MAARTEN VERMAAT
        U.S. MAGISTRATE JUDGE